DNJ Case # 22-37 (MAS)

## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : 3:20-CR-269 | **RECEIVED** |
| v. | : (JUDGE MARIANI) | January 19, 2022 |
| | : | |
| THOMAS HARTLEY, | : | At: 8:30_____.m |
| | : | WILLIAM T. WALSH |
| Defendant. | : | CLERK |

### ORDER

AND NOW, THIS 5TH DAY OF JANUARY 2022, for the reasons set forth in this Court's accompanying Memorandum Opinion, upon consideration of Defendant's Motion for Change of Venue (Doc. 41), **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Change of Venue is **GRANTED IN PART AND DENIED IN PART**, to wit:

    a. The Motion is **DENIED** with respect to Count 1 of the Indictment;

    b. The Motion is **GRANTED** with respect to Count 2 of the Indictment;

    c. The Motion is **DENIED** with respect to Count 3 of the Indictment;

    d. The Motion is **DENIED** with respect to Count 4 of the Indictment; and

    e. The Motion is **DENIED** with respect to Count 5 of the Indictment.

2. Count 2 of the Indictment is hereby **TRANSFERRED** to the District of New Jersey.

3. The Clerk of Court is hereby directed to mail the instant Order and Indictment (Doc. 11) to the Trenton Division of the United States Attorney's Office in the District of New Jersey for docketing.

*[signature]*
Robert D. Mariani
United States District Judge