

January 26, 2022

**VIA ELECTRONIC MAIL**
(Gina_Hernandez@njd.uscourts.gov)

Gina Hernandez-Buckley
Courtroom Deputy to Hon. Michael A. Shipp, U.S.D.J.
U.S. District Court-District of New Jersey
Trenton, NJ

    Re:    US v. Thomas J. Hartley (No. 22-37)

Dear Ms. Hernandez-Buckley:

    Please be advised Myers, Brier and Kelly, LLP will not be representing Mr. Hartley in this matter, and, therefore, I will not be entering my appearance on behalf of Thomas J. Hartley in the above captioned matter. I have informed Mr. Hartley of your communication. It is my understanding that he will seek counsel in New Jersey to represent him on this matter. Also, a copy of this letter will be sent to Mr. Hartley.

    Thank you for your assistance.

                            Sincerely,

                            Patrick A. Casey

PAC:smf

425 Spruce Street, Suite 200 • Scranton, PA 18503     |     240 North Third Street, 5th Floor • Harrisburg, PA 17101
P: 570-342-6100 • F: 570-342-6147                    P: 717-553-6251

www.mbklaw.com