# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 3: 22-CR-00037 |
| -vs- | : |
| | : (JUDGE SCHIPP) |
| THOMAS HARTLEY, | : |
| Defendant | : (Electronically filed) |

## ENTRY OF APPEARANCE

Kindly enter my appearance for the United States of America in the above captioned matter.

 

Respectfully submitted,

/s/Robert J. O'Hara
ROBERT J. O'HARA
Special Assistant U.S. Attorney
District of New Jersey

Assistant United States Attorney
Middle District of Pennsylvania
P.O. Box 309
Scranton, PA 18501-0309
(570) 348-2800