

**U.S. Department of Justice**

Executive Office for United States Attorneys

*Human Resources Staff*

*III Constitution Square*
*175 N Street, NE, Suite 7.800*
*Washington, DC 20530*

*(202) 252-5300*
*FAX (202) 252-5301*

February 9, 2022

Mr. Robert J. O'Hara
Assistant United States Attorney
Middle District of Pennsylvania
235 N. Washington Avenue, Suite 311
Scranton, PA 18503

Dear Mr. O'Hara:

You are hereby appointed as a Special Attorney to the United States Attorney General pursuant to 28 U.S.C. § 515. Subject to the terms and conditions set forth below, you are authorized to work on Criminal Cases in the District of New Jersey. You may conduct any kind of legal proceedings, civil or criminal, including Grand Jury proceedings and proceedings before United States Magistrates, which United States Attorneys are authorized to conduct.

This appointment is made subject to the following terms and conditions, with which we ask that you express your concurrence by signing this letter and returning it to me:

1. This appointment is effective the date of this letter and it expires February 8, 2024.

2. With regard to all matters handled by you as a Special Attorney, you will report to, and act under, the direction of the United States Attorney General or their delegee, the United States Attorney for the Middle District of Pennsylvania.

3. During and after the term of your appointment, you will be subject to all laws, regulations, and policies applicable to employees of the Department of Justice and to former employees which prohibit your disclosure to unauthorized persons of information obtained by you in the course of your work as a Special Attorney. These include, but are not limited to, the Stanof Ethical Conduct for Employees of the Executive Branch, 5 C.F.R. § 2635 et seq.; the Department's Standards of Conduct, 5 C.F.R. § 3801; federal conflict of interest statutes, 18 U.S.C. §§ 201-209; laws restricting the disclosure of certain confidential governmental information, 18 U.S.C. § 1905; the Freedom of InforAct,   5 U.S.C. § 552; the Privacy Act, 5 U.S.C. § 552a; and political activity restrictions, 5 U.S.C. § 7321 et seq.

4. You will serve without compensation other than that which you now receive as an employee of the Department of Justice.

5. Your Special Attorney appointment may be terminated at any time without cause or notice.

You may file a copy of this letter with the Clerk of the District Court to evidence this appointment.

Sincerely,

*Jewel Campos*

Digitally signed by JEWEL CAMPOS
Date: 2022.02.09 11:36:35 -05'00'

Jewel Campos
Assistant Director
Human Resources Staff
Operations Division

The foregoing terms and conditions are hereby agreed to and accepted:

ROBERT OHARA

Digitally signed by ROBERT OHARA
Date: 2022.02.09 15:09:05 -05'00'

Robert J. O'Hara