## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| | : | |
| v. | : | Crim. No.  22-37 (MAS) |
| | : | |
| THOMAS HARTLEY | : | **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of the government (by Robert J. O'Hara, Assistant United States Attorney for the Middle District of Pennsylvania), and defendant Thomas Hartley (by Lisa Van Hoeck, Assistant Federal Public Defender, appearing as limited purpose counsel), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through September 11, 2023, to allow Defendant sufficient time to resolve the related case pending in the Middle District of Pennsylvania (Docket No. 3:20-cr-00269 (RDM)); and the defendant being aware that he has the right to a trial within seventy (70) days of the indictment filed in this case, pursuant to Title 18, United States Code, Section 3161(c)(1); and the defendant, through his attorney, having waived such right and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)   The defendant has consented to the aforementioned continuance;

(2)   The defendant has requested additional time to resolve the related matter pending in the Middle District of Pennsylvania;

(3)   The grant of a continuance will likely conserve judicial resources; and

(4)   Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 11th day of July, 2023;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through September 11, 2023; and it is further

ORDERED that the period from the date this Order is signed through July 10, 2023, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. MICHAEL A. SHIPP
United States District Judge

Form and entry consented to:

s/ Lisa Van Hoeck

_____
Lisa Van Hoeck, Assistant
Federal Public Defender
(Appointed for the limited
purpose of a continuance order)

2

_s/Robert J. O'Hara_
Robert J. O'Hara, Assistant
United States Attorney